ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/24

ZHANGJIAGANG JOINUP TRADING CO., LTD,

    Plaintiff,

-against-

EL TORO CARMESI, LLC, D/B/A JEBEZ APPAREL, D/B/A FIT 4 U

    Defendant.

Case No. 1:23-cv-10925-LLS

[PROPOSED] CLERK'S   LLS
DEFAULT JUDGMENT

This action having been commenced on December 15, 2023 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, EL TORO CARMESI, LLC, D/B/A JEBEZ APPAREL, D/B/A FIT 4 U, by personal service on Sue Zouky, and proof of service was therefore filed on January 23, 2024, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $833,976.12 with interest at 9% from January 31, 2023 amounting to $86,367.94 plus costs and disbursements of this action in the amount of $510.00 amounting in all to $920,854.06.

Dated: New York, New York

March 27, 2024

By: _Louis L. Stanton_
~~Deputy Clerk~~   U.S.D.J.